UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

John King, )
)
      Plaintiff, )
)
vs. )  1:11-cv-0102 TWP-TAB
)
MiraMed Revenue Group, LLC, )
      Defendant. )
)

## COMPLAINT SEEKING DAMAGES FOR VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

### I. Introduction

1. This is an action for actual and statutory damages, legal fees and costs pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq (hereinafter referred to as the "FDCPA").

### II. Jurisdiction and Venue

2. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

3. Venue lies in this District pursuant to 28 U.S.C. § 1391(b).

### III. Parties

4. Plaintiff in this case is a resident of the full age of majority, domiciled in the City of Franklin, Johnson County, Indiana.

5. Defendant in this case, MiraMed Revenue Group LLC, (hereinafter referred to as "MiraMed"), is a "debt collector" as that term is defined by the FDCPA, and is attempting to collect a debt. MiraMed is a corporation organized under the laws of the State of Illinois whose principal business address is 991 Oak Creek Drive, Lombard, IL 60148, and is licensed to do business in Indiana.

### IV. Factual Allegations

6. MiraMed is a debt collection agency attempting to collect a debt from Plaintiff.

7. On November 20, 2010, Plaintiff filed for bankruptcy relief under Chapter 7 of Title 11 of the United States Code under case number 10-17407-AJM-7.

8. Included in the bankruptcy was a debt to St. Francis Hospital & Health Centers and MiraMed.

9. At some point, St. Francis Hospital & Health Centers referred Plaintiff's account to MiraMed.

10. Notice of Defendant's bankruptcy was sent to both Miramed and St. Francis Hospital & Health Centers on November 20, 2010 by the Bankruptcy Noticing Center.

11. Included in the Notice of Bankruptcy was information that Plaintiff was represented by counsel, John T. Steinkamp, along with contact information for Mr. Steinkamp.

12. On December 14, 2010, MiraMed called the Plaintiff seeking to collect on a debt from St. Francis Hospital & Health Centers, a debt included in the bankruptcy.

### V. First Claim for Relief: Violation of the FDCPA

13. The allegations of Paragraphs 1 through 12 of the complaint are realleged and incorporated herewith by references.

14. Defendant violated the FDCPA by mailing a letter to Plaintiff as an attempt to collect a debt despite being informed of his representation by counsel., pursuant to 15 U.S.C. §1692c.

15. Defendant violated the FDCPA by contacting Plaintiff directly instead of the attorney openly representing the debtor, pursuant to 15 U.S.C. § 1692c.

16. Defendant violated the FDCPA by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of a debt, pursuant to 15 U.S.C. § 1692d by sending a letter to a person known to be in bankruptcy as an attempt to collect on a debt included in that bankruptcy.

17. Defendant violated the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of any debt, pursuant to 15 U.S.C. § 1692e by sending a letter trying to collect on a debt that the bankruptcy had legally enjoined any party from collecting on.

18. Defendant violated the FDCPA by using unfair or unconscionable means to collect or attempt to collect a debt, pursuant to 15 U.S.C § 1692f by sending a

letter to a party who filed bankruptcy partially to erase fear of creditors and debt collectors, and reasonably should have known that party was in bankruptcy.

19. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages of $1,000, attorney fees, and costs.

WHEREFORE, Plaintiff, having set forth his claims for relief against Defendant, respectfully prays the Court as follows:

1. That Plaintiff has and recovers against Defendant a sum to be determined by the Court in the form of actual damages;

2. That Plaintiff has and recovers against Defendant a sum to be determined in the form of statutory damages;

3. That Plaintiff has and recovers against Defendant all reasonable legal fees and expenses incurred by the attorney;

4. That Plaintiff has such other and further relief as the Court may deem just and proper.

Respectfully submitted,

_____
John Steinkamp
John Steinkamp and Associates
Attorney for Plaintiff
5218 S. East Street, Suite E1
Indianapolis, IN 46227
Office: (317) 780-8300
Fax: (317) 217-1320
Email: steinkamplaw@yahoo.com